# EXHIBIT A





# MC-RX
Powered by Procare Rx

**Effective April 1, 2020**

# IMPORTANT FORMULARY UPDATE
## MC-RX *(formerly ProCare-RX)*

If you have patients using MC-RX, the products listed below are now **Preferred – Lowest Copay** and can be ordered overnight through your major wholesaler.

**Note: Trividia Blood Glucose Meters and strips will no longer be covered on MC-RX**



# GLUCOCARD. SHINE+
BLOOD GLUCOSE MONITORING SYSTEMS




GlucoCard Shine XL


GlucoCard Shine


Shine Express

## GLUCOCARD® Shine Blood Glucose Meters and strips

| Product Name | NDC # 08317- | UPC # 015482- | ABC 6 # | ABC 8 # | Cardinal # | McKesson # |
|---|---|---|---|---|---|---|
| GLUCOCARD® Shine Test Strips 50 ct. | 5408-50 | 540050-0 | 528778 | 10164485 | 5089032 | 3510880 |
| GLUCOCARD® Shine Meter Kit | 5411-00 | 541100-2 | 555205 | 10167340 | 5252150 | N/A |
| GLUCOCARD® Shine XL Meter Kit | 5421-10 | 542110-8 | 905242 | 10229882 | 5555792 | N/A |
| GLUCOCARD® Shine Express (Audible) Meter Kit | 5441-10 | 544110-2 | 880150 | 10215801 | 5530910 | 3958048 |
| GLUCOCARD® Shine Connex (Bluetooth®) Meter Kit | 5451-10 | 545110-5 | 885619 | 10219144 | 5556800 | 3958035 |

## TechLITE Pen Needles also covered

| Product Name | Needle Gauge | Needle Length | Count | NDC # 08317- | ABC 6 # | ABC 8 # | Cardinal # | McKesson # |
|---|---|---|---|---|---|---|---|---|
| TechLITE Pen Needles | 32 | 4 mm | 100 | 2341-32 | 808582 | 10172527 | 5314273 | 3633955 |
| TechLITE Pen Needles | 32 | 6 mm | 100 | 2361-32 | 808598 | 10172528 | 5614299 | 3633983 |
| TechLITE Pen Needles | 31 | 5 mm | 100 | 2351-31 | 729852 | 10194568 | 5569878 | 3697202 |
| TechLITE Pen Needles | 31 | 8 mm | 100 | 2381-31 | 806541 | 10172524 | 5312418 | 3633948 |
| TechLITE Pen Needles | 29 | 12 mm | 100 | 2321-29 | 726947 | 10184888 | NA | 245190A |

If you are unable to obtain any of the above GLUCOCARD meters or TechLITE pen needles, email TAMS@arkrayusa.com, call 800.848.0614 or request them online at arkrayusa.com/MCRX and they will be expedited to your pharmacy.

# arkray usa,inc.†
Minneapolis, MN 55439 • 800.566.8558 • www.arkrayusa.com

©ARKRAY USA, Inc. All rights reserved.
Rev. 04/20
GLUCOCARD Shine and TL All wholesalers fax