UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Camp Drug Store, Inc.
        Plaintiff,

v.               Case No.: 1:20−cv−02511
              Honorable John Z. Lee

Arkray USA, Inc.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

   MINUTE entry before the Honorable John Z. Lee:Unopposed motion to reassign related case [20] is granted. The clerk is directed to reassign case number 20−cv−2947 to my calendar pursuant to Local Rule 40.4. Furthermore, the Court orders that case number 20−cv−2511 and case number 20−cv−2947 be consolidated for all purposes. Plaintiffs should file a consolidated complaint under case number 20−cv−2511 by 7/28/20, and all future filings should be under this number. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.