**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CAMP DRUG STORE, INC., individually and as the representative of classes of similarly-situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ARKRAY USA, INC. | ) ) | |
| Defendant. | ) ) | No. 20-cv-02511 |
| ---------------------------------------------------------------- | ) ) | Hon. John Z. Lee |
| GLEN ELLYN PHARMACY, INC., individually and as the representative of classes of similarly-situated persons, | ) ) ) ) | **CLASS ACTION** Consolidated with case No. 20-cv-2947 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ARKRAY USA, INC. | ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC, ("Movant") hereby notifies the parties and the Court that attorney Cathleen M. Combs withdraws her appearance as counsel for Plaintiff Glen Ellyn Pharmacy, Inc. Movant states as the following grounds for this motion:

1. Cathleen M. Combs has represented the Plaintiff as part of her employment at Edelman, Combs, Latturner & Goodwin, LLC, and Cathleen M. Combs has recently submitted her retirement from Edelman, Combs, Latturner & Goodwin, LLC.

1

2. Cathleen M. Combs' withdrawal will not cause any prejudice on this case. Plaintiff continues to be actively represented by myself and other attorneys from Edelman, Combs, Latturner & Goodwin, LLC.

WHEREFORE, for the reasons set forth in this motion, Movant respectfully requests that this Court grant the Motion to withdraw Cathleen M. Combs' appearance as counsel for Plaintiff Glen Ellyn Pharmacy, Inc. in the above-captioned case.

          Respectfully submitted,

          */s/ Daniel A. Edelman*
          Daniel A. Edelman

Daniel A. Edelman
Dulijaza Clark
**EDELMAN, COMBS, LATTURNER,**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Emil address for service:
Dedelman@edcombs.com
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

   I, Daniel A. Edelman, hereby certify that on January 5, 2022, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent notification to all counsel of record.

                   */s/ Daniel A. Edelman*
                   Daniel A. Edelman


Daniel A. Edelman
Dulijaza Clark
**EDELMAN, COMBS, LATTURNER,**
  **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Emil address for service:
Dedelman@edcombs.com

3