## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CAMP DRUG STORE, INC., individually and as the representative of classes of similarly-situated persons,<br><br>       Plaintiff,<br><br>       v.<br><br>ARKRAY USA, INC.<br><br>       Defendant.<br>---------------------------------------------------------------<br><br>GLEN ELLYN PHARMACY, INC., individually and as the representative of classes of similarly-situated persons,<br><br>       Plaintiff,<br><br>       v.<br><br>ARKRAY USA, INC.<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 20-cv-02511<br><br>Hon. John Z. Lee<br><br>**CLASS ACTION**<br><br>Consolidated with case No. 20-cv-2947 |

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs Camp Drug Store, Inc. and Glen Ellyn Pharmacy, Inc. and Defendant ARKRAY USA, Inc., that, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiffs' claims against Defendant shall be dismissed without prejudice, with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated: August 9, 2022

Defendant

By: /s/ Matthew D. Pearson (with permission)
One of Defendant's Attorneys

George J. Tzanetopoulos
Maria A. Boelen
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
gtzanetopoulos@bakerlaw.com
mboelen@bakerlaw.com

Casie Dell Collignon (*pro hac vice*)
Matthew D. Pearson (*pro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street
Denver, CO 80202
Telephone: (303) 860-0600
ccollignon@bakerlaw.com
mpearson@bakerlaw.com

Counsel for Defendant

Respectfully submitted,

Plaintiffs

CAMP DRUG STORE, INC., individually and as
the representative of a class of similarly-situated
persons,
By: /s/ David M. Oppenheim
One of their attorneys
Phillip A. Bock
David M. Oppenheim
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
203 N. La Salle St., Ste. 2100
Chicago, IL 60602
Telephone: 312-658-5500
Facsimile: 312-658-5555
Email: service@classlawyers.com

GLEN ELLYN PHARMACY, INC., individually
and as the representative of classes of similarly-
situated persons,
By: /s/ Dulijaza (Julie) Clark
Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

2